AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

CYNTHIA F. TONEY, A/K/A
CYNTHIA F. PASSMORE,

V.

MEDICAL DATA SYSTEMS, INC.,
D/B/A MEDICAL REVENUE SERVICES, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06CV949-ID

TO: (Name and address of Defendant)

MEDICAL DATA SYSTEMS, INC.
D/B/A MEDICAL REVENUE SERVICES, INC.
C/O JAMES F. MCCOLLUM, P.A., REG. AGENT
2001 9TH AVE., STE 312
VERO BEACH, FL 32960

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DAVID G. POSTON, ESQ.
BROCK & STOUT
POST OFFICE DRAWER 311167
ENTERPRISE, AL 36331

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra _____    10/23/06

CLERK                    DATE

(By) DEPUTY CLERK