**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   MEDICAL DATA SYSTEMS, INC.
   D.B.A. MEDICAL REVENUE SERVICES
   % JAMES F. MCCOLLUM, P.A.
   2001 9th AVE., STE 312
   VERO BEACH, FL 32960

   (REGISTERED AGENT)

2. Article Number
   (Transfer from service label)

   7006 0810 0006 7248 7385

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____ ☒ Agent ☐ Addressee

B. Received by ( Printed Name )
   Lisa Manager

C. Date of Delivery
   10-25-06

D. Is delivery address different from item 1? ☐ Yes ☒ No
   If YES, enter delivery address below:
   06cv949

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811 February 2004    Domestic Return Receipt    102595-02-M-1540