IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| LETICIA ANDREWS, | ) | CASE NO.: 1:06-CV-729 |
| vs. | ) | |
| MEDICAL DATA SYSTEMS, INC., D/B/A | ) | |
| MEDICAL REVENUE SERVICES, INC. | ) | |
| | ) | |
| CYNTHIA F. TONEY, A/K/A | ) | CASE NO.: 2:06-CV-949 |
| CYNTHIA F. PASSMORE, | ) | |
| vs. | ) | |
| MEDICAL DATA SYSTEMS, INC., D/B/A | ) | |
| MEDICAL REVENUE SERVICES, INC. | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

COMES NOW, the undersigned, on behalf of the above-referenced Plaintiffs, and files this

Notice Of Appearance and requests that copies of all notices, motions, and all other pleadings filed

in this case and served by the Clerk of Court be forwarded to the undersigned at the address

below.

Respectfully submitted,

BROCK & STOUT

/s/ Walter A. Blakeney
Walter A. Blakeney, Esq.
David G. Poston, Esq.
Michael D. Brock, Esq.
Gary W. Stout, Esq.
Post Office Drawer 311167
Enterprise, Alabama 36330
334-671-5555
334-671-2689 Facsimile
Email: christal@circlecitylaw.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have this date served a copy of the foregoing upon the Defendant, Medical Data Systems, Inc., d/b/a Medical Revenue Services, Inc., % Russel A. McGill, Esq., Attorney for Defendant, via U.S. mail, postage prepaid and fully addressed *and / or* electronic mail at rumcgi@sbswlegal.com this **8**th day of May, 2007.


*/s/ Walter A. Blakeney*
Walter A. Blakeney