IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CYNTHIA F. TONEY, A/K/A ) | |
| CYNTHIA F. PASSMORE, ) | |
| ) | |
| PLAINTIFF, ) | CASE NUMBER: 2:06-CV-949 |
| ) | |
| vs. ) | **JURY DEMAND** |
| ) | |
| MEDICAL DATA SYSTEMS, INC., ) | |
| D/B/A MEDICAL REVENUE SERVICES, INC., ) | |
| ) | |
| DEFENDANT. ) | |

**CONFLICT DISCLOSURE STATEMENT**

The following Conflict Disclosure Statement is filed pursuant to Fed. R. Civ. P. 7.1; Fed. R. Bankr. P. 1007(a)(1) and 7007.1.

Cynthia F. Toney a/k/a Cynthia F. Passmore, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047. The Plaintiff makes the following disclosures:

    A.    **Corporate Disclosure Statement**

        None, the Plaintiff is an individual.

    B.    **Other Reportable Relationships**

        None.

Respectfully submitted this **19**th day of June, 2007.

BROCK & STOUT

*/s/ David G. Poston*
David G. Poston, Esq.
Walter A. Blakeney, Esq.
Michael D. Brock, Esq.
Gary W. Stout, Esq.
Post Office Drawer 311167
Enterprise, Alabama 36330
334-671-5555
334-671-2689 Facsimile
Email: christal@circlecitylaw.com

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I have this date served a copy of the foregoing upon Russel A. McGill, Esq., Attorney for Defendant, via United States Mail or electronic mail at rumcgi@sbswlegal.com, this **19th** day of June, 2007.


*/s/ David G. Poston*
David G. Poston