IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CYNTHIA TONEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv949-ID |
| | ) |
| MEDICAL DATA SYSTEMS, INC., | ) |
| d/b/a MEDICAL REVENUE SERVICES, | ) |
| INC., | ) |
| | ) |
| Defendant. | ) |

# ORDER

Upon consideration of Plaintiff's Motion to Deem Facts as Admitted (Doc. #11), filed July 9, 2007, it is

ORDERED that Defendant shall file a response to the motion on or before July 24, 2007.

DONE this 10th day of July, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE