IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CYNTHIA F. TONEY, a/k/a Cynthia F. Passmore,** } | |
| } | |
| Plaintiff, } | |
| } | CASE NO. 2:06-cv-00949-ID-WC |
| v. } | |
| } | |
| **MEDICAL DATA SYSTEMS, INC.,** d/b/a Medical Revenue Services, } | |
| } | |
| Defendant. } | |

## NOTICE OF APPEARANCE

Come now, James C. Huckaby, Jr. and J. Kirkman Garrett, with the law firm of Christian & Small, LLP, 505 20th Street North, Suite 1800, Birmingham, Alabama, 35203-2696, and hereby give notice that they are entering an appearance as attorneys of record in the above-styled case on behalf of defendant Medical Data Systems, Inc.  Mr. Huckaby and Mr. Garrett both request that they be served with all process, pleadings, and orders in this case.

Respectfully submitted this the   19th   day of July, 2007.

                                                                                                      /s/ J. Kirkman Garrett
                                                                                                      James C. Huckaby, Jr.
                                                                                                       J. Kirkman Garrett
                                                                                                       Attorneys for Defendant Medical Data Systems, Inc.

OF COUNSEL:

CHRISTIAN & SMALL LLP
505 North 20th Street, Suite 1800
Birmingham, AL  35203
Telephone:     (205) 795-6588
Facsimile:      (205) 328-7234

**CERTIFICATE OF SERVICE**

      I hereby certify that on this __19th__ day of July, 2007, I electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Michael D. Brock, Esq.
Gary Wyatt Stout, Esq.
Walter Allen Blakeney, Esq.
David Gerald Poston, Esq.
BROCK & STOUT
PO Drawer 311167
Enterprise, AL 36331-1167
brockstout@enter.twcbc.com
walter@circlecitylaw.com
david@circlecitylaw.com


        /s/ J. Kirkman Garrett
        OF COUNSEL