IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CYNTHIA F. TONEY, a/k/a Cynthia F. Passmore, } } } | |
| Plaintiff, } } | |
| v. } } } | CASE NO. 2:06-cv-00949-ID-WC |
| MEDICAL DATA SYSTEMS, INC., d/b/a Medical Revenue Services, } } } } | |
| Defendant. } | |

**DEFENDANT'S CONFLICT DISCLOSURE STATEMENT**

COMES NOW Medical Data Systems, Inc., the Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

\_\_\_\_\_   This party is an individual, or

\_\_\_\_\_   This party is a governmental entity, or

\_\_\_\_\_   There are no entities to be reported, or

  X     The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Medical Revenue Services<br>P. O. Box 1149<br>Sebring, Florida 33871 | Subsidiary debt collection agency |

Respectfully submitted this   20th   day of July, 2007.

    /s/ J. Kirkman Garrett
James C. Huckaby, Jr.
J. Kirkman Garrett
Attorneys for Defendant Medical Data Systems, Inc.

OF COUNSEL:

CHRISTIAN & SMALL LLP
505 North 20th Street, Suite 1800
Birmingham, AL  35203
Telephone:     (205) 795-6588
Facsimile:     (205) 328-7234

## CERTIFICATE OF SERVICE

I hereby certify that on this   20th   day of July, 2007, I electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Michael D. Brock, Esq.
Gary Wyatt Stout, Esq.
Walter Allen Blakeney, Esq.
David Gerald Poston, Esq.
BROCK & STOUT
PO Drawer 311167
Enterprise, AL 36331-1167
brockstout@enter.twcbc.com
walter@circlecitylaw.com
david@circlecitylaw.com

    /s/ J. Kirkman Garrett
OF COUNSEL