IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CYNTHIA F. TONEY, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) CIV. ACT. NO. 2:06cv949-ID |
| v. | ) |
| | ) |
| MEDICAL DATA SYSTEMS, INC., | ) |
| d/b/a MEDICAL REVENUE SERVICES, | ) |
| INC., | ) |
| | ) |
|    Defendant. | ) |

**ORDER**

Upon CONSIDERATION of Defendant's motion to stay proceedings, filed July 24, 2007 (Doc. No. 16), it is ORDERED that Plaintiff show cause, if any there be, on or before August 3, 2007, why said motion should not be granted.

Done this 25th day of July, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE