IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CYNTHIA F. TONEY, a/k/a Cynthia F. Passmore,**<br><br>    Plaintiff,<br><br>v.<br><br>**MEDICAL DATA SYSTEMS, INC.,**<br>d/b/a Medical Revenue Services,<br><br>    Defendant. | CASE NO. 2:06-cv-00949-ID-WC |

**MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE***

COME NOW James C. Huckaby, Jr. and J. Kirkman Garrett, counsel for defendant Medical Data Systems, Inc., who are attorneys admitted to practice before this Court, and respectfully move this Honorable Court to grant permission to John G. Parker, Donald H. Crawford and Stefanie H. Jackman of the firm Paul, Hastings, Janofsky & Walker LLP of Atlanta, Georgia, to appear *pro hac vice* in this action for the purpose of representing defendant Medical Data Systems, Inc.  The applicants are all admitted to practice before the United States District Court for the Northern District of Georgia, which is the district in which each applicant resides or regularly practices law.  Certificates of Good Standing for each applicant are attached hereto.

With the filing of this motion, the undersigned is submitting to the Clerk of this Court a check in the amount of $60.00 ($20.00 per applicant) in payment of the fee prescribed by Rule 83.1(b) of the Local Rules for the United States District Court for the Middle District of Alabama.

Respectfully submitted this   25th   day of July, 2007.

     /s/ J. Kirkman Garrett
James C. Huckaby, Jr.
J. Kirkman Garrett
Attorneys for Defendant Medical Data Systems, Inc.

OF COUNSEL:

CHRISTIAN & SMALL LLP
505 North 20th Street, Suite 1800
Birmingham, AL  35203
Telephone:     (205) 795-6588
Facsimile:     (205) 328-7234

    ---- AND ----

John G. Parker
Georgia Bar No. 562425
Donald H. Crawford
Georgia Bar No. 141753
Stefanie H. Jackman
Georgia Bar No. 335652
PAUL, HASTINGS, JANOFSKY &
WALKER LLP
600 Peachtree Street, N.E.
Suite 2400
Atlanta, Georgia  30308-2222
Tel. (404) 815-2400
Fax (404) 815-2424

## CERTIFICATE OF SERVICE

    I hereby certify that on this   25th   day of July, 2007, I electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Michael D. Brock, Esq.
Gary Wyatt Stout, Esq.
Walter Allen Blakeney, Esq.
David Gerald Poston, Esq.
BROCK & STOUT
PO Drawer 311167
Enterprise, AL 36331-1167
brockstout@enter.twcbc.com
walter@circlecitylaw.com
david@circlecitylaw.com

     /s/ J. Kirkman Garrett
OF COUNSEL



## CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA** }
} ss.
**NORTHERN DISTRICT OF GEORGIA** }

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY that STEFANIE H. JACKMAN, 335652,** was duly admitted to practice in said Court on APRIL 30, 2007 and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 24th day of July, 2007.

JAMES N. HATTEN
CLERK OF COURT

By: *Phyllis Brannon*
Phyllis Brannon
Deputy Clerk



## CERTIFICATE OF GOOD STANDING

| | |
|---|---|
| **UNITED STATES OF AMERICA** | } |
| | } ss. |
| **NORTHERN DISTRICT OF GEORGIA** | } |

    I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

    **DO HEREBY CERTIFY that DONALD HARVEY CRAWFORD, 141753,** was duly admitted to practice in said Court on FEBRUARY 28, 2005 and is in good standing as a member of the bar of said Court.

    Dated at Atlanta, Georgia, this 24th day of July, 2007.



    JAMES N. HATTEN
    CLERK OF COURT

By: _Phyllis Brannon_
    Phyllis Brannon
    Deputy Clerk



## CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA** }
} ss.
**NORTHERN DISTRICT OF GEORGIA** }

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY that JOHN GARRETT PARKER, 562425**, was duly admitted to practice in said Court on JANUARY 05, 1977 and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 24th day of July, 2007.

JAMES N. HATTEN
CLERK OF COURT

By: Phyllis Brannon
Phyllis Brannon
Deputy Clerk

