IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CYNTHIA F. TONEY, a/k/a Cynthia F. Passmore,**<br><br>  Plaintiff,<br><br>v.<br><br>**MEDICAL DATA SYSTEMS, INC.,** d/b/a Medical Revenue Services,<br><br>  Defendant. | CASE NO. 2:06-cv-00949-ID-WC |

## NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

TO:   Debra P. Hackett, Clerk
      U. S. District Court
      Middle District of Alabama

Comes now the Defendant and gives notice of service of the following discovery documents:

1. Medical Data Systems, Inc.'s Responses and Objections to Plaintiff's First Set of Requests for Production of Documents;

2. Medical Data Systems, Inc.'s Responses to Plaintiff's Requests for Admissions;

3. Medical Data Systems, Inc.'s Responses and Objections to Plaintiff's First Set of Interrogatories.

                                          /s/ J. Kirkman Garrett
                                          James C. Huckaby, Jr.
                                          J. Kirkman Garrett
                                          Attorneys for Defendant Medical Data Systems, Inc.

OF COUNSEL:
CHRISTIAN & SMALL LLP
505 North 20th Street, Suite 1800
Birmingham, AL  35203
Telephone:   (205) 795-6588
Facsimile:   (205) 328-7234

      ---- AND ----

John G. Parker
Georgia Bar No. 562425
Donald H. Crawford
Georgia Bar No. 141753
Stefanie H. Jackman
Georgia Bar No. 335652
PAUL, HASTINGS, JANOFSKY &
WALKER LLP
600 Peachtree Street, N.E.
Suite 2400
Atlanta, Georgia  30308-2222
Tel. (404) 815-2400
Fax (404) 815-2424

## CERTIFICATE OF SERVICE

      I hereby certify that on this  25th  day of July, 2007, I electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Michael D. Brock, Esq.
Gary Wyatt Stout, Esq.
Walter Allen Blakeney, Esq.
David Gerald Poston, Esq.
BROCK & STOUT
PO Drawer 311167
Enterprise, AL 36331-1167
brockstout@enter.twcbc.com
walter@circlecitylaw.com
david@circlecitylaw.com

                                     /s/ J. Kirkman Garrett
                                     OF COUNSEL