IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CYNTHIA F. TONEY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) CIV. ACT. NO. 2:06cv949-ID |
| v. | ) |
| | ) |
| MEDICAL DATA SYSTEMS, INC., | ) |
| d/b/a MEDICAL REVENUE SERVICES, | ) |
| INC., | ) |
| | ) |
|     Defendant. | ) |

**ORDER**

Upon CONSIDERATION of the motion for admission to practice *pro hac vice*, filed July 25, 2007 (Doc. No. 18), it is ORDERED that said motion be and the same is hereby GRANTED and that John G. Parker, Donald H. Crawford and Stefanie H. Jackman are hereby ADMITTED *pro hac vice* as counsel on behalf of Defendant Medical Data Systems, Inc.

Done this 26th day of July, 2007.

                                              /s/ Ira DeMent
                                              SENIOR UNITED STATES DISTRICT JUDGE