# NOTICE OF CORRECTION

**From: Clerk's Office**

**Case Style:  Toney v. Medical Data Systems, Inc.**

**Case Number:   2:06-cv-00949-ID**

**Referenced Pleading:  Attachment to Motion to Appear Pro Hac Vice - 18**

**This Notice of Correction was filed in the referenced case this date to correct the PDF documents attached to this notice. Please see the correct PDF documents to this notice.**



## CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**                                }
                                                                               } ss.
**NORTHERN DISTRICT OF GEORGIA**                }

I, James N. Hatten, Clerk of the United States District Court for the Northern District

of Georgia,

**DO HEREBY CERTIFY** that **STEFANIE H. JACKMAN, 335652,** was duly

admitted to practice in said Court on APRIL 30, 2007 and is in good standing as a member of the

bar of said Court.

Dated at Atlanta, Georgia, this 24th day of July, 2007.

JAMES N. HATTEN
CLERK OF COURT

By: _____
Phyllis Brannon
Deputy Clerk



## CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA                    }
                                            } ss.
NORTHERN DISTRICT OF GEORGIA                }

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **DONALD HARVEY CRAWFORD, 141753,** was duly admitted to practice in said Court on FEBRUARY 28, 2005 and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 24th day of July, 2007.



JAMES N. HATTEN
CLERK OF COURT

By: _____
Phyllis Brannon
Deputy Clerk



## CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**                    }

                                                } ss.

**NORTHERN DISTRICT OF GEORGIA**                }

      I, James N. Hatten, Clerk of the United States District Court for the Northern District

of Georgia,

      **DO HEREBY CERTIFY** that **JOHN GARRETT PARKER, 562425,**  was duly

admitted to practice in said Court on JANUARY 05, 1977 and is in good standing as a member of

the bar of said Court.

      Dated at Atlanta, Georgia, this 24th day of July, 2007.

JAMES N. HATTEN
CLERK OF COURT

By: _____
Phyllis Brannon
Deputy Clerk