IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CYNTHIA TONEY, A/K/A, ) | |
| CYNTHIA PASSMORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO: 1:06 CV 729 |
| ) | |
| MEDICAL DATA SYSTEMS, INC., ) | |
| d/b/a Medical Revenue Services, Inc. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF WITHDRAWAL

COMES NOW Russel A. McGill and does file with the Court this Notice of Withdraw as counsel for defendant Medical Data Systems, Inc., in the above-styled case. Undersigned states that other counsel has entered an appearance as counsel for said defendant.

Respectfully submitted this 26th day of July, 2007.

By /s/ Russel A. McGill
Russel A. McGill

OF COUNSEL:
**BRUNSON and ASSOCIATES,**
    **Attorneys, P.A.**
301 Broad Street
P. O. Box 1189
Gadsden, AL 35902
Phone: 256/546-9205   Fax: 256/546-8091

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on all parties by placing a copy of same in the United States Mail, first-class postage prepaid and addressed to regular mailing address on this 26th day of July, 2007, in accordance with the Federal Rules of Civil Procedure:

David G Poston, Esq
Post Office Drawer 311167
Enterprise, Alabama 36330

/s/ Of Counsel
Of Counsel