IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CYNTHIA F. TONEY, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) CIV. ACT. NO. 2:06cv949-ID |
| v. | ) |
| | ) |
| MEDICAL DATA SYSTEMS, INC., | ) |
| d/b/a MEDICAL REVENUE SERVICES, | ) |
| INC., | ) |
| | ) |
|    Defendant. | ) |

**ORDER**

Before the court is a notice of withdrawal (Doc. No. 23), which the court construes as a motion for Russel A. McGill, Esquire, to withdraw as counsel for Defendant. For good cause shown, it is CONSIDERED and ORDERED that said motion be and the same is hereby GRANTED.

Done this 27th day of July, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE