IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CYNTHIA F. TONEY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) CIV. ACT. NO. 2:06cv949-ID |
| v. | ) |
| | ) |
| MEDICAL DATA SYSTEMS, INC., | ) |
| d/b/a MEDICAL REVENUE SERVICES, | ) |
| INC., | ) |
| | ) |
|     Defendant. | ) |

**ORDER**

Upon CONSIDERATION of Defendant's motion to stay proceedings (Doc. No. 16), and the various pleadings and arguments submitted in support of and in opposition to said motion, it is ORDERED that said motion be and the same is hereby DENIED.

Done this 13th day of August, 2007.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE