IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CYNTHIA TONEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06cv949-ID |
| ) | |
| MEDICAL DATA SYSTEMS, INC., ) | |
| d/b/a MEDICAL REVENUE SERVICES, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER ON MOTION

Upon consideration of the stipulated Motion for Protective Order (Doc. #31), filed on September 17, 2007, and for good cause, it is

ORDERED the motion is GRANTED. The Protective Order filed with the motion shall govern the terms of the protective order.

DONE this 17th day of September, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE