IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CYNTHIA TONEY,                )<br>                                              )<br>    Plaintiff,                       )<br>                                              )<br>                                              )<br>v.                                         )<br>                                              )<br>MEDICAL DATA SYSTEMS, INC.,   )<br>d/b/a MEDICAL REVENUE SERVICES, )<br>INC.,                                  )<br>                                              )<br>    Defendant.                   ) | Civil Action No.<br>2:06cv949-ID |

**O R D E R**

Upon CONSIDERATION of Plaintiff's Motion to Extend Dispositive Motion Deadline, filed October 23, 2007 (Doc. No. 33), it is ORDERED that said motion be and the same is hereby DENIED.

Done this 23rd day of October, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE