IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CYNTHIA F. TONEY, a/k/a, CYNTHIA PASSMORE, | ) ) ) |
| Plaintiff, | ) ) ) CIV. ACT. NO. 2:06cv949-ID |
| v. | ) ) |
| MEDICAL DATA SYSTEMS, INC., d/b/a Medical Revenue Services, Inc., | ) ) ) |
| Defendant. | ) |

**ORDER**

Upon CONSIDERATION of the parties' joint motion to stay proceedings (Doc. No. 35), it is ORDERED that said motion be and the same is hereby GRANTED until further order of the court.

The parties are hereby DIRECTED to file a joint report with the court on January 10, 2008, as to the status of the related proceedings and, if the stay still is in effect, again on February 28, 2008.

DONE this 26th day of November, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE