IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CYNTHIA F. TONEY, a/k/a, CYNTHIA PASSMORE, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIV. ACT. NO. 2:06cv949-ID ) ) |
| MEDICAL DATA SYSTEMS, INC., d/b/a Medical Revenue Services, Inc., | ) ) ) |
| Defendant. | ) |

**ORDER**

Before the court is Plaintiff's motion to reset dispositive motion deadline. (Doc. No. 38.) Therein, Plaintiff informs the court that a final disposition has been reached in the related lawsuit which prompted the court's order granting a stay in this case. Accordingly, it is CONSIDERED and ORDERED as follows:

(1) the stay imposed in this case on November 26, 2007 (Doc. No. 37), be and the same is hereby LIFTED; and

(2) Plaintiff's motion to reset dispositive motion deadline be and the same is hereby GRANTED and the dispositive motion deadline in § 2 of the Uniform Scheduling Order (Doc. No. 7) is hereby EXTENDED to and including January 18, 2008.

DONE this 28th day of December, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE