IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CYNTHIA F. TONEY, a/k/a, CYNTHIA PASSMORE, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIV. ACT. NO. 2:06cv949-ID ) ) |
| MEDICAL DATA SYSTEMS, INC., d/b/a Medical Revenue Services, Inc., | ) ) ) |
| Defendant. | ) |

**ORDER**

Upon CONSIDERATION of Defendant's motion to stay proceedings (Doc. No. 40), it is ORDERED that on or before January 9, 2008, Plaintiff show cause, if any there be, why said motion should not be granted.

DONE this 2nd day of January, 2008.

                                                  /s/ Ira DeMent
                                            SENIOR UNITED STATES DISTRICT JUDGE