IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CYNTHIA F. TONEY, a/k/a, CYNTHIA PASSMORE, | ) ) ) |
| Plaintiff, | ) ) ) CIV. ACT. NO. 2:06cv949-ID |
| v. | ) ) |
| MEDICAL DATA SYSTEMS, INC., d/b/a Medical Revenue Services, Inc., | ) ) ) |
| Defendant. | ) |

**ORDER**

Upon CONSIDERATION of Defendant's motions to stay proceedings and for reconsideration (Doc. Nos. 40-41), it is ORDERED that said motions be and the same are hereby DENIED.

DONE this 11th day of January, 2008.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE