IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CYNTHIA TONEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 2:06cv949-ID |
| MEDICAL DATA SYSTEMS, INC., ) | |
| d/b/a MEDICAL REVENUE SERVICES, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

It is CONSIDERED and ORDERED that on or before January 28, 2008, the plaintiff submit or mail paper courtesy copies <u>to the chambers of the undersigned</u> of her brief and supporting evidence filed in support of her motion for summary judgment. The paper courtesy copy shall be bound in a three-ring binder and tabbed.

CONSIDERED and ORDERED this 22nd day of January, 2008.

    /s/ Ira DeMent
    SENIOR UNITED STATES DISTRICT JUDGE