IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CYNTHIA TONEY, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> MEDICAL DATA SYSTEMS, INC., ) <br> d/b/a MEDICAL REVENUE SERVICES, ) <br> INC., ) <br> ) <br> Defendant. ) | Civil Action No. <br> 2:06cv949-ID |

**ORDER**

Before the court is a motion for summary judgment, filed by the plaintiff on **January 18, 2008**. (Doc. No. 45.) The defendant is DIRECTED to file a response to said motion on or before **February 5, 2008.** The plaintiff may file a reply, if desired, on or before **February 12**. Thereafter, the plaintiff's motion for summary judgment, and all pleadings and evidence filed in support of or in opposition to said motion, shall be DEEMED submitted to the court.[1]

---

[1] This submission is **without oral argument**. Should the court determine that oral argument is necessary, a hearing will be scheduled. If the nonmoving party fails to respond, a final judgment may be entered without further notice or trial. See Fed. R. Civ. P. 56(e). **The moving party's evidence may be accepted as true if it is not contradicted by the opposing party**. Id. The contradiction must be supported by evidence which may include, but is not limited to, affidavits and depositions. Any evidence, and in particular deposition testimony, must be cited to **with specificity and particularity**. Id. If deposition testimony is submitted and relied upon, the parties shall direct the court to **specific testimony** which either does or does not "set forth specific facts showing that there is a genuine issue for trial." Id. Summary judgment may be granted for either party if the evidence filed with the court shows that there is no material

Pleadings submitted beyond the submission date will not be considered by the court absent compelling exigent circumstances.

It is further CONSIDERED and ORDERED that on or before **February 7, 2008**, the defendant submit or mail paper courtesy copies <u>to the chambers of the undersigned</u> of any brief and supporting evidence filed in opposition to the plaintiff's motion for summary judgment. If the submission exceeds 25 pages, the paper courtesy copy shall be bound in a three-ring binder and tabbed.

CONSIDERED and ORDERED this 22nd day of January, 2008.

     /s/ Ira DeMent
     SENIOR UNITED STATES DISTRICT JUDGE

---

question of fact and that a party is entitled to judgment as a matter of law. <u>See</u> Fed. R. Civ. P. 56.