IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CYNTHIA TONEY, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 2:06cv949-ID |
| MEDICAL DATA SYSTEMS, INC., ) | |
| d/b/a MEDICAL REVENUE SERVICES, ) | |
| INC., ) | |
| ) | |
|     Defendant. ) | |

**O R D E R**

Upon CONSIDERATION of the Motion to Supplement Plaintiff's Brief in Support of Motion for Summary Judgment, filed January 24, 2008 (Doc. No. 50), it is ORDERED that said motion be and the same is hereby GRANTED.

Done this 25th day of January, 2008.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE