**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **CYNTHIA F. TONEY, a/k/a Cynthia F. Passmore,** | } | |
| | } | |
| **Plaintiff,** | } | |
| | } | **CASE NO. 2:06-cv-00949-ID-WC** |
| **v.** | } | |
| | } | |
| **MEDICAL DATA SYSTEMS, INC.,** | } | |
| **d/b/a Medical Revenue Services,** | } | |
| | } | |
| **Defendant.** | } | |

## MOTION TO WITHDRAW

Comes now defendant Medical Data Systems, Inc. ("MDS"), and moves this honorable Court to allow Donald H. Crawford, II of the firm Paul Hastings Janofsky & Walker, LLP, to withdraw as counsel of record in this action. John G. Parker and Stefanie H. Jackman of the Paul Hastings firm, as well as James C. Huckaby, Jr. and J. Kirkman Garrett, with the law firm of Christian & Small, LLP, remain as counsel of record for defendant MDS. MDS requests that Mr. Crawford be removed from the electronic service list for this action.

Respectfully submitted this the  30th  day of January, 2008.

 /s/ J. Kirkman Garrett
James C. Huckaby, Jr.
J. Kirkman Garrett
Local Counsel for Defendant
Medical Data Systems, Inc.

OF COUNSEL:
CHRISTIAN & SMALL LLP
505 North 20th Street, Suite 1800
Birmingham, AL  35203
Telephone:    (205) 795-6588
Facsimile:    (205) 328-7234

-- AND --

John G. Parker
Georgia Bar No. 562425
Stefanie H. Jackman
Georgia Bar No. 335652
PAUL, HASTINGS, JANOFSKY
& WALKER LLP
600 Peachtree Street, N.E., Suite 2400
Atlanta, Georgia  30308-2222
Tel. (404) 815-2400
Fax (404) 815-2424


## CERTIFICATE OF SERVICE

I hereby certify that on this  30th  day of January, 2008, I electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Michael D. Brock, Esq.
Gary Wyatt Stout, Esq.
Walter Allen Blakeney, Esq.
David Gerald Poston, Esq.
BROCK & STOUT
PO Drawer 311167
Enterprise, AL 36331-1167
brockstout@enter.twcbc.com
walter@circlecitylaw.com
david@circlecitylaw.com


  /s/ J. Kirkman Garrett
OF COUNSEL