IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CYNTHIA TONEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 2:06cv949-ID |
| MEDICAL DATA SYSTEMS, INC., ) | |
| d/b/a MEDICAL REVENUE SERVICES, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

Upon CONSIDERATION of defendant's Motion to Withdraw, filed January 30, 2008 (Doc. No. 52), it is ORDERED that said motion be and the same is hereby GRANTED.

Done this 31st day of January, 2008.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE