IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CYNTHIA F. TONEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIV. ACT. NO. 2:06cv949-ID |
| v. | ) |
| | ) |
| MEDICAL DATA SYSTEMS, INC., | ) |
| d/b/a Medical Revenue Services, Inc., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon CONSIDERATION of the parties' joint motion to stay proceedings (Doc. No. 57), it is ORDERED that said motion be and the same is hereby GRANTED.

It is further CONSIDERED and ORDERED that this case is hereby REMOVED from the March 31, 2008, trial term.

DONE this 5th day of March, 2008.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE