IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CYNTHIA F. TONEY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) CIV. ACT. NO. 2:06cv949-ID |
| v. | ) |
| | ) |
| MEDICAL DATA SYSTEMS, INC., | ) |
| d/b/a Medical Revenue Services, Inc., | ) |
| | ) |
|     Defendant. | ) |

**ORDER**

Upon CONSIDERATION of the motion to withdraw, filed March 31, 2008 (Doc. No. 59), it is ORDERED that said motion be and the same is hereby GRANTED and that J. Kirkman Garrett, Esquire, is hereby permitted to withdraw as counsel for Defendant.

DONE this 1st day of April, 2008.

                                        /s/ Ira DeMent
                                  SENIOR UNITED STATES DISTRICT JUDGE