IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CYNTHIA TONEY,**<br><br>           **Plaintiff,**<br><br>v.<br><br>**MEDICAL DATA SYSTEMS, INC.**<br>**d/b/a MEDICAL REVENUE**<br>**SERVICES, INC.** | **CASE NO. 2:06-CV-949-ID** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Cynthia Toney and Defendant Medical Data Systems, Inc., d/b/a Medical Revenue Services, Inc., have reached a mutual settlement and through undersigned counsel hereby stipulate to the dismissal with prejudice of all claims, causes of action, and prayers for relief asserted in the above-styled lawsuit. As part of terms of the confidential settlement of this lawsuit, a reasonable attorneys' fee has been paid to Plaintiff's counsel.

Respectfully submitted this 6th day of June, 2008.

CONSENTED TO BY:

| | |
|---|---|
| **BROCK & STOUT** | **PAUL, HASTINGS, JANOFSKY &**<br>**WALKER LLP** |
| By: /s/ David G. Poston<br>    David G. Poston, Esq.<br>    Post Office Drawer 311167<br>    Enterprise, Alabama 36331-1167 | By: /s/ Stefanie H. Jackman<br>    Stefanie H. Jackman<br>    (Admitted *pro hac vice*)<br>    Georgia Bar No. 335652<br>    600 Peachtree Street, N.E., Suite 2400<br>    Atlanta, Georgia, 30308 |
| *Attorney for Plaintiff Cynthia Toney* | *Attorney for Defendant Medial Data Systems, Inc.* |

1

2

**CERTIFICATE OF SERVICE**

This is to certify that I have this day electronically served a copy of the **JOINT STIPULATION OF DISMISSAL** to all counsel of record in this case.

This 6th day of June, 2008

/s/ David G. Poston
David G. Poston, Esq.